ACCEPTED
06-15-00112-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/24/2015 3:27:43 PM
DEBBIE AUTREY
CLERK

| Appellate Docket Number: | 06-15-00112-CR |
| Appellate Case Style: Style: | Jerome Lydale Anderson |
| Vs. | State of Texas |

| Companion Case: | |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/24/2015 3:27:43 PM
DEBBIE AUTREY
Clerk

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Jerome | ☒ Lead Attorney |
| Middle Name: Lydale | First Name: Robert |
| Last Name: Anderson | Middle Name: Lee |
| Suffix: | Last Name: Cole |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: Jr. |
| Amount of Bond: | ☒ Appointed ☐ District/County Attorney |
| Pro Se: ○ | ☐ Retained ☐ Public Defender |
| | Firm Name: Law Office of Robert Cole |
| | Address 1: 409 N. Fredonia, Suite 101 |
| | Address 2: |
| | City: Longview |
| | State: Texas    Zip+4: 75601 |
| | Telephone: 903-236-6288    ext. |
| | Fax: 903-236-5441 |
| | Email: rcolejd@gmail.com |
| | SBN: 04547800 |
| | Add Another Appellant/Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| **First Name:** State of Texas | ☒ Lead Attorney |
| **Middle Name:** | **First Name:** Coke |
| **Last Name:** | **Middle Name:** Ward |
| **Suffix:** | **Last Name:** Solomon |
| **Appellee Incarcerated?** ☐ Yes ☒ No | **Suffix:** |
| **Amount of Bond:** | ☐ Appointed ☒ District/County Attorney |
| **Pro Se:** ○ | ☐ Retained ☐ Public Defender |
| | **Firm Name:** Harrison County District Attorney Office |
| | **Address 1:** 200 W. Houston Street, 2d Floor |
| | **Address 2:** |
| | **City:** Marshall |
| | **State:** Texas  **Zip+4:** 75670-4027 |
| | **Telephone:** 903-935-8408  ext. |
| | **Fax:** 903-938-9312 |
| | **Email:** cokec@co.harrison.tx.us |
| | **SBN:** 24041954  Add Another Appellee/ Attorney |

## V. Perfection Of Appeal, Judgment And Sentencing

| | |
|---|---|
| **Nature of Case (Subject matter or type of case):** Controlled Substances | **Was the trial by:** ☐ jury or ☒ non-jury? |
| **Type of Judgment:** Bench Trial | **Date notice of appeal filed in trial court:** May 13, 2015 |
| **Date trial court imposed or suspended sentence in open court or date trial court entered appealable order:** | **If mailed to the trial court clerk, also give the date mailed :** |
| **Offense charged:** Poss CS PG1 >=400g w/ intent to deliver | **Punishment assessed:** 15 Years |
| **Date of offense:** September 23, 2011 | **Is the appeal from a pre-trial order?** ☐ Yes ☒ No |
| **Defendant's plea:** Not Guilty | **Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?** |
| **If guilty, does defendant have the trial court's certificate to appeal?** ☒ Yes ☐ No | ☐ Yes ☒ No |

## VI. Actions Extending Time To Perfect Appeal

| | | | |
|---|---|---|---|
| **Motion for New Trial:** | ☒ Yes ☐ No | If yes, date filed: | May 20, 2015 |
| **Motion in Arrest of Judgment:** | ☒ Yes ☐ No | If yes, date filed: | May 20, 2015 |
| **Other:** | ☐ Yes ☒ No | If yes, date filed: | |
| **If other, please specify:** | | | |

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

| | | |
|---|---|---|
| **Motion and affidavit filed:** ☒ Yes ☐ No ☐ NA | If yes, date filed: November 13, 2013 | |
| **Date of hearing:** ☒ NA | | |
| **Date of order:** November 13, 2013 ☐ NA | | |
| **Ruling on motion:** ☒ Granted ☐ Denied ☐ NA | If granted or denied, date of ruling: November 13, 2013 | |

## VIII. Trial Court And Record

Court: 71st District Court

County: Harrison County

Trial Court Docket Number (Cause no): 12-0427X

Trial Court Judge (who tried or disposed of the case):

First Name: Brad

Middle Name:

Last Name: Morin

Suffix:

Address 1: 200 W. Houston Street, Suite 219

Address 2:

City: Marshall

State: Texas     Zip + 4: 75670-4027

Telephone: 903-935-8407    ext.

Fax: 903-935-9963

Email: lesliem@co.harrison.tx.us

Clerk's Record:

Trial Court Clerk: ☒ District ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: May 13, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☒ Yes ☐ No

If yes, date requested: May 13, 2015

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter      ☐ Court Recorder
☒ Official      ☐ Substitute

First Name: Tanya

Middle Name:

Last Name: McFarland

Suffix:

Address 1: 200 W. Houston Street, Suite 219

Address 2:

City: Marshall

State: Texas     Zip + 4: 75670-4027

Telephone: 903-935-8407    ext.

Fax: 903-935-9963

Email: tanyam@co.harrison.tx.us

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [redacted]     Court: [redacted]

Style: [redacted]

　　Vs.　　State of Texas [redacted]

## X. Signature

Signature of counsel (or Pro Se Party)

Robert L. Cole Jr. [signature]

Printed Name:

Electronic Signature: /s/ Robert Lee Cole, Jr. [redacted]
　　(Optional)

Date:　July 24, 2015 [redacted]

State Bar No: 04547800 [redacted]

Name:　Robert Lee Cole, Jr. [redacted]

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on　July 24, 2015 [redacted]　.

[signature]

Signature of counsel (or pro se party)

Electronic Signature: /s/ Robert Lee Cole, Jr. [redacted]
　　(Optional)

State Bar No.:　04547800 [redacted]

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

　(1) the date and manner of service;
　(2) the name and address of each person served, and
　(3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: July 24, 2015

Manner Served: eServe

First Name: Coke

Middle Name: Ward

Last Name: Solomon

Suffix:

Law Firm Name: Harrison County District Attorney

Address 1: 200 W. Houston Street, 2d Floor

Address 2:

City: Marshall

State Texas        Zip+4: 75670-4027

Telephone: 903-935-8408        ext.

Fax: 903-938-9312

Email: cokec@co.harrison.tx.us

CAUSE NO. 12-0427X

OFFENSE PCS PG1 ≥ 400g  PCS PG2 ≥ 4g < 400g

The State of Texas vs. Jerome Anderson  71ˢᵗ Judicial District Court
Harrison County, Texas

In the Interest of _____, a Juvenile

FILED FOR RECORD
HARRISON COUNTY, TEXAS
CLERK DISTRICT COURT
2013 NOV 13 PM 4:46
MELLINDA CRAIG
BY _____ DEPUTY

| YOUR ATTORNEY | ATTORNEY'S NAME | ADDRESS | PHONE |
|---|---|---|---|
| | Abraham, Bruce | 306C W. Houston St. Marshall, TX 75670 | (903) 934-8844 (903) 487-4277 (F) |
| | Berry, Rick | 111 W. Austin St. Marshall, TX 75670 | (903) 938-6044 (903) 938-1118 (F) |
| | Betzler, Katherine | 400 Repose Lane, Ste. A Marshall, TX 75670 | (210) 842-9749 |
| | Black, Joe | 201 West Houston Marshall, TX 75670 | (903) 472-4600 (903) 215-8514 (F) |
| | Carpenter, Laura | 106 West Houston Marshall, TX 75670 | (903) 938-7440 (903) 938-3008 (F) |
| | Castleberry, Rick | P.O. Box 2127 Marshall, TX 75672 | (903) 935-5427 (903) 934-9017 (F) |
| | Choy, Lana | 2660 E. End Blvd S., Ste 110 Marshall, TX 75670 | (903) 212-2469 (903) 238-9040 (F) |
| ✓ | Cole, Robert Jr. | P.O. Box 1511 Marshall, TX 75671 | (903) 503-7918 (903) 938-0235 (F) |
| | Cooper-Sammons, Cheryl | 110 S. Bolivar St. Ste. 214 Marshall, TX 75670 | (903) 472-4101 (903) 935-1372 (F) |
| | Dansby, Kyle | P.O. Box 1914 Marshall, TX 75671 | (903) 738-6162 (888) 410-1583 (F) |
| | Hagan, Rick | P. O. Box 3347 Longview, TX 75606 | (903) 757-9877 (903) 218-4089 (F) |
| | Harris, Matthew | 222 N. Fredonia Longview, TX 75606 | (903) 757-7500 (903) 215-8467 (F) |
| | Hurlburt, Richard | 222 N. Fredonia Longview, TX 75601 | (903) 234-8181 (903) 757-2387 (F) |
| | Hyatt, Jon | 2660 E End Blvd S., Suite 111 Marshall, TX 75672 | (903) 234-9544 (903) 234-1688 (F) |
| | Miller, Kimberley | 110 S. Bolivar St Ste 107 Marshall, TX 75670 | (903) 472-4934 (888) 753-8808 (F) |
| | Reaves, Allen | 222 Renaissance Dr. Hallsville, Texas 75650 | (903) 331-0353 (903) 331-0355 (F) |
| | Rectenwald, Scott | 110 W. Fannin Marshall, TX 75670 | (903) 938-3300 (903) 938-3310 (F) |
| | Smith, Stephen | 501 Spur 63, Suite C-6 Longview, TX 75601 | (903) 753-7636 (903) 753-1926 (F) |
| | Solomon, Vernard | 103 E. Houston Marshall, TX 75670 | (903) 938-4555 (903) 938-5151 (F) |

**The above named attorney has been appointed to represent you. They will contact you within 24 hours by phone and/or in person and within 72 hours with a personal visit.**

_____
BRAD MORIN, JUDGE PRESIDING

# AFFIDAVIT OF INDIGENCE

**This section to be filled out by Court Personnel**

No. 12-0427X

The State of Texas

In the 71st DIST Court

vs.

Jerome Anderson _____ Harrison _____ County

Offense P.O.C.S. _____ Level of Offense _____

FILED FOR RECORD
HARRISON COUNTY, TEXAS
CLERK DISTRICT COURT
2013 NOV 13 PM 4:48
MELLINDA CRAIG
BY Michelle Bu DEPUTY

All information must be completed by the defendant and must be current, accurate, and true. Intentionally or knowingly giving false information may result in your prosecution for the offense of aggravated perjury, a felony. The punishment for aggravated perjury includes imprisonment not to exceed ten (10) years and a fine not to exceed ten thousand dollars ($10,000). Please fill in all blanks. If you do not know the information being asked, enter DO NOT KNOW in the blank. If the information being asked does not apply to you, enter N/A in the blank.

## Defendant's Personal Information

| | |
|---|---|
| Name | Jerome Lydale Anderson |
| Phone Number | 318-453-4362 |
| Street Address | 202 Buddy Brown Rd. |
| City, State, Zip | Minden, LA 71055 |
| Social Security # | 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 |
| Driver's License # | 0000666551 |
| Date of Birth | 6-22-78 |
| Name of Spouse | |

Dependents:

| Name(s) (list below): | Age | Relation | Income |
|---|---|---|---|
| Deja Anderson | 13 | daughter | 150 monthly |
| Jamal Anderson | 8 | son | 150 monthly |

Are you currently in jail or in a correctional institution?

✓ No

___ Yes   If yes, provide name of institution: _____

Are you currently residing in a mental health facility?

✓ No

___ Yes   If yes, provide name of facility: _____

Do you have an application pending at a mental health facility?

✓ No

___ Yes   If yes, provide name of facility _____

## Employer Information

| | |
|---|---|
| Employer | Hawks Contractor |
| Phone Number | 318-453-4362 |
| Supervisor's Name | Toray Hawks |
| Street Address: | 202 Buddy Brown Rd |
| City, State, Zip | Minden & Marshall |
| Hours worked | ___ per week  or  ___ per month |
| Pay rate | |
| Spouse's Employer | |
| Street Address: | |
| City, State Zip | |
| Hours worked | ___ per week  or  ___ per month |
| Pay rate | |

If unemployed, list:
Length of time unemployed
Name of previous employer
Street Address of previous employer:
City, State, Zip

## Defendant's Financial Information

**Public Assistance**
Are you currently receiving (check all that apply)
___ Food Stamps
___ Medicaid
___ Public housing
___ Temporary Assistance to Needy Families (TANF)
___ Supplemental Security Income (SSI)

| Expenses (Monthly) | Monthly Payment |
|---|---|
| Rent or Mortgage Payment | $600 |
| Car Payment | |
| Insurance (Life, Health, Car, Homeowners, etc.) | |
| Child Care | |
| Child Support | |
| Water | 70 |
| Gas | 50 |
| Telephone | 60 |
| Electricity | 150 |
| Food | 150 |
| Clothes | |
| Medical | |
| Cable TV or Satellite TV | 100 |
| Pager | 70 |
| Cell Phone | |
| Loan and Debt Payments | 44,000 |
| Outstanding Loans (list type of Loans) | student loans |

Credit Card Debt (list name of cards)
Balance:
$ _____
Balance:
$ _____
Other Monthly Expenditures (Describe)

**TOTAL MONTHLY EXPENSES**

| Income (Monthly) | Monthly Amount |
|---|---|
| Take Home Pay | |
| Spouse's Take Home Pay | |
| Investment Income | |
| Stock Dividend | |
| Bond Dividend | |
| Rental Income | $600 |
| Pension Payments | |
| Unemployment | |
| Social Security Benefits | |
| Child Support | $500 |
| Public Assistance | |
| TANF | |
| SSI | |
| Medicaid | |
| Other | |
| Cash Gifts | |
| Other (Describe) | |

**TOTAL GROSS MONTHLY INCOME**

## Assets

| Asset | Value |
|---|---|
| **A.** Place of Residence ✓ Rent ___ Own<br>Describe if house, condominium, apartment, other: | $ 600 |
| **B.** Real Property Owned; Description/Location: | $ |
| **C.** Automobile(s) | |

| Make | Model | Year | Value |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

| Asset | Value |
|---|---|
| **D.** Stock and Bonds (provide description) | $ |
| | $ |
| | $ |
| **E.** Other Property (list all jewelry, equipment, watercrafts, etc.) | $ |
| | $ |
| | $ |

**F.** Bank Accounts

| Bank Name | Type of Account | Balance |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| | VALUE |
|---|---|
| **G.** Other Assets (Identify) | $ |
| | |
| **ASSETS TOTAL VALUE** | $ |

I have / have not (circle one) attempted to hire an attorney. The names of the attorneys I have contacted are as follows:

Kyle Dansby _____

Joe Black _____

On this __Q__ day of __NOV__, 20_13_, I have been advised by the (name of the court) Court of my right to representation by counsel in the trial of the charge pending against me. I am without means to employ counsel of my own choosing and I hereby request the court to appoint counsel for me. By signing my name below, I swear, that all of the above information about my financial condition is current, accurate, and true. By signing below, I understand that a court official can verify any of the information for accuracy as required to determine my eligibility.

_Jerome Church_
Defendant's Signature

This court finds the defendant (is) / is not indigent.

_Brad Mor_
Signature of Judge